**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| A.F.B. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 8:22-cv-01498 FMO(JEM) |
| Xavier Becerra et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES) |
| DEFENDANT(S). | |

**TRANSFER ORDER DECLINED**

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

_____     _____
Date                                              United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Flores v. Garland (CV 85-4544) and Lucas R. v. Becerra (CV 18-5741) are both class actions, and the claims in those actions, and the claims in those actions involve questions of law.  This action concerns an individual minor, and the application of law to the specific facts of his individual case.  The resolution of this action will not call for determination of the same or substantially related or similar questions of law and fact.

August 11, 2022                                    /s/ Dolly M. Gee
Date                                                        Dolly M. Gee, United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case  2:85-cv-04544 DMG(AGRx)  and the present case:

- [ ] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____.  This is very important because the documents are routed to the assigned judges by means of these initials

cc:  ☐ *Previous Judge*     ☐ *Statistics Clerk*
CV-34 (03/21)        ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01  (Related Cases)